United States District Court
CRIMINAL MINUTES - SENTENCING

Case No. __4:07cr56-RH__                                                           Time Commenced: __10:10 am__
Date __June 11, 2008__                                                             Time Concluded: __12:55 pm__

PROCEEDINGS: Sentencing Hearing Held. Defendant is sentenced to 21 months custody of BOP, 3 years S/R, $100 SMA, fine waived.

PRESENT:   HON. __**JUDGE ROBERT L. HINKLE**__ Presiding

| Kimberly Curles | Judy Nolton | Corey Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| Janet Williams | Maria Jimenez |
|---|---|
| Probation Officer | Interpreter |

U.S.A v MONSALVE, et al                                              ATTORNEYS FOR DEFENDANT

(3) __LUZ KARIME RAMOS TERAN__                          (3) __Robert A. Morris__
 ✔ present  ✔ custody                                             ✔ present  ✔ apptd. ___ retained

✔   DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

✔   Objections were made to the PSR.

___   Motion for Substantial assistance filed (5K1.1)

___   Notice of Enhancement filed   ___ Court Question defendant about prior conviction

___   Report & Recommendation of US Magistrate Judge is Accepted ___ Court Accepts Guilty Plea

___   DEFENDANT ADJUDICATED GUILTY OF COUNT(S): _____; SENTENCE IMPOSED:

✔   DFT remanded to custody of Bureau of Prisons
    on count(s)  __1__ imprisonment for a term of __21__ months
                 ___ imprisonment for a term of ___ months
                 ___ imprisonment for a term of ___ months
                 ___ imprisonment for a term of ___ months
    with said sentences to run __ concurrently or ___ consecutively

✔   Additional recommendation:
    ✔ Substance Abuse Treatment while in the custody of BOP
    ___ Intensive Confinement Center (ICC)

✔   FINE PAYMENT: ✔ Fine waived; ___ Fine of $___; ✔ SMA OF $ __100.00__ due immediately

___   Dft is liable for restitution of:
    $_____made payable to _____
    $_____ made payable to _____
    $_____ made payable to _____

    ___ DFT is jointly and severally liable for restitution with _____

✔   S/R or PROBATION.   Dft is under
    ✔ Supervised Release upon completion of term of imprisonment for a period of __3__ years
    ___ Probation for a period of ___ years.
    ___ Home Detention of _____ months with Electronic Monitoring

✔   With the following special conditions or modifications:

    ___DFT to be deported upon release from BOP

    ✔ DFT shall cooperate with the US Probation Officer and the DHS regarding Immigration status

    If removed dft shall not re-enter the United States without permission of the Attorney General
- ✔ DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.
- ✔ DFT shall not own or possess a firearm, dangerous weapon or destructive device.
- ✔ DFT shall submit to: ✔ testing for the use of drugs or alcohol;
  - ✔ Substance abuse treatment as may be directed by US Probation Officer;
  - ☐ Mental Health treatment if deemed necessary by the Probation Officer.
- ✔ DFT shall provide requested financial information to the U.S. Probation Officer.
- ☐ DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
- ☐ Upon release dft to: ☐ maintain employment or enroll as full-time student;
  - ☐ complete High School Education.
- ☐ DFT shall notify the probation officer ten days prior to any change of residence or employment.
- ✔ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.
- ✔ DFT shall cooperate with the US Probation Department in the collection of DNA samples as required by 42 U.S.C. § 14135a.
- ☐ ADDITIONAL TERMS:

- ✔ CUSTODY STATUS
  - ✔ DFT committed to the custody of the U.S. Department of Justice.
  - ☐ DFT to surrender to USMS at _____ or _____ designated institution at his/her own expense no later than_____ on ____.
  - ☐ DFT remains on bond with ___ the same terms and conditions or ____ modified terms as follows:

- ☐ Remaining count(s)_____ are dismissed on government motion.

- ✔ Court informs Dft of right to appeal.
  - ☐ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

- ☐ Defense Attorney shall file notice with the court on whether the Defendant does or doesn't want to appeal

- ✔ Court recommends place of incarceration at / near   New York City, NY   .

PROCEEDINGS:

- 10:10  Court in session
- 10:16  Argument to the Court by the Government (Smith)
- 10:17  Argument to the Court by Defense (Morris)
- 10:21  Argument to the Court by the Government (Smith)
- 10:27  Rebuttal argument by Defense (Morris)
- 10:38  Finding of the Court - the PSR is correct - Defendant is not afforded a reduction for minimal or minor role; Guideline Range given
- 10:41  Statement to the Court by the Government (Smith)
- 10:46  Statement to the Court by Defense (Villeneuve)
- 10:50  Finding of the Court as to Gomez - Guideline Range
  Finding of the Court as to Barada - Guideline Range
- 10:51  Argument to the Court by Defense (McMurry)
- 11:07  Court in recess
- 11:20  Court in session
  Continued argument to the Court by Defense (McMurry)
- 11:25  Clarification by the Court as to the Guilty Plea entered into by Jorge Londono; Guideline Range given
- 11:28  Statement to the Court by Government (Smith)
- 11:32  Finding of the Court as to the charges of defrauding the victims

11:35   Statement to the Court by Defense (Morris)
11:43   Statement to the Court by Defense (Villeneuve)
11:52   Statement to the Court by Defense (Sanders)
12:01   Statement to the Court by Defendant (Rivera)
12:04   Statement to the Court by Defense (McMurry)
12:12   Statement to the Court by Government (Smith)
12:28   No rebuttal argument by Defense (Morris or Villeneuve)
        Rebuttal argument by Defense (Sanders)
12:31   Statement to the Court by Defense (McMurry)
12:35   Sentence imposed by the Court
12:55   Court adjourned


Initials of Deputy Clerk  *KJC*